| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF WISCONSIN |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this is an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Midwest Skiing Company, LLC** |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  Whitecap Mountains Resort** <br> **FDBA  Glebe Mountain, Inc.** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **92-0459524** |
| 4. | **Debtor's address** | **Principal place of business** <br><br> **9106 W. County Road E** <br> **Upson, WI 54565** <br> Number, Street, City, State & ZIP Code <br><br> **Iron** <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor  **Midwest Skiing Company, LLC**  Case number (*if known*) _____
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

   ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
   ☐ A plan is being filed with this petition.
   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor **Midwest Skiing Company, LLC**     Case number (*if known*) _____
   Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor _____ | Relationship _____ |
| District _____ When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
           Contact name _____
           Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☒ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor **Midwest Skiing Company, LLC**_____ Case number (*if known*)_____
Name

|  | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|  | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Midwest Skiing Company, LLC**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 19, 2025**
MM / DD / YYYY

X **/s/ David Dziuban**
Signature of authorized representative of debtor

**David Dziuban**
Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Evan P. Schmit**
Signature of attorney for debtor

Date **November 19, 2025**
MM / DD / YYYY

**Evan P. Schmit**
Printed name

**Kerkman & Dunn**
Firm name

**839 N. Jefferson St., Ste. 400**
**Milwaukee, WI 53202-3744**
Number, Street, City, State & ZIP Code

Contact phone **414-277-8200**   Email address **eschmit@kerkmandunn.com**

**1057109 WI**
Bar number and State

# Balance Sheet

## Midwest Skiing Company LLC
### As of November 14, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| Assets | |
|   Current Assets | |
|   Bank Accounts | |
|     2912097207 Penokee Land Management | -180.00 |
|     2915828038 Alpine Ski Holdings | 7,432.07 |
|     2915828301 MIdwest Skiing Company LLC | -30,154.31 |
|     Misc Expense | 6,939.42 |
|     Petty Cash | 2,352.80 |
|     Undeposited Funds | 0.00 |
|     Vending Machineing | -257.00 |
| **Total for Bank Accounts** | **-$13,867.02** |
|   Other Current Assets | |
|     Inventory | 6,377.20 |
|     Inventory Asset | 62,949.81 |
|     Payroll Refunds | 1,931.41 |
|     Repayment | -$94,301.93 |
|      Payroll advance | 161.29 |
| **Total for Repayment** | **-$94,140.64** |
|     Uncategorized Asset | 1,281.90 |
|     Undeposited Funds-1 | 0.00 |
| **Total for Other Current Assets** | **-$21,600.32** |
| **Total for Current Assets** | **-$35,467.34** |
|   Fixed Assets | |
|     Machinery & Equipment | 541,398.00 |
|     Remodeling Costs | $75,197.97 |
|      Hotel Remodel | 185,999.08 |
| **Total for Remodeling Costs** | **$261,197.05** |
| **Total for Fixed Assets** | **$802,595.05** |
| **Total for Assets** | **$767,127.71** |

# Balance Sheet

## Midwest Skiing Company LLC
### As of November 14, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| Liabilities and Equity | |
|   Liabilities | |
|    Current Liabilities | |
|     Accounts Payable | |
|      Accounts Payable (A/P) | 0.00 |
|     **Total for Accounts Payable** | **$0.00** |
|     Other Current Liabilities | |
|      Due to David Dziuban | 214,859.35 |
|      Due to PLM | 22,382.57 |
|      Everest Holdings | 62,350.00 |
|      Highpoint Funds | 18,517.80 |
|      MI Wage Assignment | -42.50 |
|      Payroll Liabilities | -$183,418.35 |
|       Child Support | -8,082.67 |
|       Ch Support | 256.00 |
|       Employee Deductions | 1,585.37 |
|       Federal Taxes (941/944) | 96,188.44 |
|       Federal Unemployment (940) | 3,212.70 |
|       Gurstel Law 1725490 | 52.85 |
|       MI Child Support | 213.80 |
|       MI Income Tax | 4,904.60 |
|       Payroll Clearing | 23,925.55 |
|       Room Rental | 1,400.00 |
|       WI Child Support | 3.00 |
|       WI DOR | 361.91 |
|       WI Income Tax | -69,296.69 |
|       WI SUI Employer | -8,757.42 |
|       WI Wage Levy | -563.29 |
|     **Total for Payroll Liabilities** | **-$138,014.20** |
|      Sales & Use Tax Payable | -111,690.37 |
|    **Total for Other Current Liabilities** | **$68,362.65** |
|   **Total for Current Liabilities** | **$68,362.65** |
|    Long-term Liabilities | |
|     48731 Note Payable - JD #2(JD 30G | -4,616.10 |
|     49012Notes Payable - John Deere #1(JD 333G) | -31,697.72 |
|     NW WI Regional Economic Development | 77,429.20 |
|   **Total for Long-term Liabilities** | **$41,115.38** |
| **Total for Liabilities** | **$109,478.03** |

# Balance Sheet

## Midwest Skiing Company LLC
### As of November 14, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| Equity | |
|   Loan Advance | 545,650.00 |
|   Opening Balance Equity | 1,345,542.20 |
|   Owner's Investment | 221,834.30 |
|   Owner's Pay & Personal Expenses | -32,514.48 |
|   WSGA Grant | 2,500.00 |
|   Retained Earnings | -1,272,105.38 |
|   Net Income | -153,256.96 |
| **Total for Equity** | **$657,649.68** |
| **Total for Liabilities and Equity** | **$767,127.71** |

# Midwest Skiing Company LLC

## Profit and Loss

January 1 - November 14, 2025

|  | TOTAL |
|---|---:|
| **Income** | |
|   Gift Certificates | 800.00 |
|   Lessons | 560.00 |
|   Lodging Revenue | 258,594.34 |
|     pool | 10,513.85 |
|   **Total Lodging Revenue** | **269,108.19** |
|   Rental Shop | 14,497.70 |
|     ski lesson | 1,474.49 |
|     Ski Rentals | 19,116.88 |
|     Ski Waxing | 200.00 |
|     Snowboard Rentals | 1,899.03 |
|   **Total Rental Shop** | **37,188.10** |
|   Restaurant | |
|     Bar | 78,488.44 |
|     Birthday Party | 3,298.25 |
|     Coffee Bar | 3,252.57 |
|     Food | 102,743.85 |
|     Vending Machine | 3,590.86 |
|     wine hut | 30,075.14 |
|   **Total Restaurant** | **221,449.11** |
|   Retail | 16,489.34 |
|   Sales | 36,222.32 |
|   Ski Tickets | 141,365.36 |
|     Season Ski Passes | 24,501.14 |
|   **Total Ski Tickets** | **165,866.50** |
|   Unapplied Cash Payment Income | 65.31 |
| **Total Income** | **$747,748.87** |
| **Cost of Goods Sold** | |
|   Coffee | 385.46 |
|   COGS Cost of Goods Sold | 9,732.95 |
|     cost of goods sold retail | 369.25 |
|     Soda | 3,805.88 |
|   **Total COGS Cost of Goods Sold** | **13,908.08** |
|   Cost of Goods Sold | 394.31 |
|   Food Purchases | 52,413.52 |
|     Liquor | 13,011.76 |
|   **Total Food Purchases** | **65,425.28** |
| **Total Cost of Goods Sold** | **$80,113.13** |
| **GROSS PROFIT** | **$667,635.74** |

|  | TOTAL |
|---|---:|
| Expenses | |
|   Advertising & Marketing | 23,525.28 |
|   Bank Charges & Fees | 28,245.87 |
|   Computer & Software | 2,742.79 |
|   Dues & subscriptions | 1,652.68 |
|     Credit Card Fees | 6,465.39 |
| **Total Dues & subscriptions** | **8,118.07** |
|   Equipment rental | 3,844.18 |
|   Finance costs | 175.73 |
|   Fuel & Gas | 11,138.83 |
|   Hotel Supplies | 5,902.15 |
|   Insurance | 22,174.22 |
|     Workmen's Comp Ins | 7,971.18 |
| **Total Insurance** | **30,145.40** |
|   Interest Paid | 22,334.54 |
|   Job Supplies | 25.80 |
|   Laundry Expense | 128.70 |
|   Legal & Professional Services | 12,752.82 |
|     Services | 90.05 |
| **Total Legal & Professional Services** | **12,842.87** |
|   Office Supplies | 1,530.07 |
|   Operating Supplies | 70.26 |
|   Other Business Expenses | |
|     equipment | 934.59 |
| **Total Other Business Expenses** | **934.59** |
|   Other Miscellaneous Service Cost | 340.24 |
|     Housekeeping Supplies | 855.07 |
|       Pest Control | 3,180.00 |
| **Total Housekeeping Supplies** | **4,035.07** |
| **Total Other Miscellaneous Service Cost** | **4,375.31** |
|   Payroll Expenses | 242,333.02 |
|     Payroll Taxes | 59,069.06 |
|     Taxes | 24,377.77 |
|     Wages | 223,220.20 |
| **Total Payroll Expenses** | **549,000.05** |
|   Permits | 200.00 |
|   Postage | 281.39 |
|   QuickBooks Payments Fees | 1,334.91 |
|   Reimbursable Expenses | 1,244.29 |
|   Reimbursements | -250.56 |
|   Rent & Lease | 1,078.05 |
|   Repairs & Maintenance | 12,884.48 |
|     Lift Maint | 3,112.39 |
|     Snowmaking | 515.57 |
|     Vehicle Maint | 3,041.63 |
| **Total Repairs & Maintenance** | **19,554.07** |
|   Ski Patrol | 109.86 |

| | TOTAL |
|---|---:|
| Taxes & Licenses | 4,605.84 |
|   Vehicle License Plate Renewal | 223.47 |
| **Total Taxes & Licenses** | **4,829.31** |
| Telephone & Internet | 10,739.07 |
| Travel | 1,419.02 |
| Unapplied Cash Bill Payment Expense | 55,122.58 |
| Uniforms & Shirts | 357.15 |
| Utilities | 10,104.17 |
|   Electric | 20,918.16 |
|   Fuel/Gas | 3,950.84 |
|   Propane | 16,331.24 |
|   Waste Disposal | 3,993.30 |
| **Total Utilities** | **55,297.71** |
| **Total Expenses** | **$856,397.34** |
| **NET OPERATING INCOME** | **$ -188,761.60** |
| Other Income | |
|   Late Fee Income | 4.69 |
| **Total Other Income** | **$4.69** |
| Other Expenses | |
|   Holiday | -1,117.45 |
|   Loan Payable | -32,919.59 |
|   Reconciliation Discrepancies | -1,462.91 |
| **Total Other Expenses** | **$ -35,499.95** |
| **NET OTHER INCOME** | **$35,504.64** |
| **NET INCOME** | **$ -153,256.96** |

## Statement of Cash Flows

### Midwest Skiing Company LLC
January 1-November 13, 2025

| FULL NAME | TOTAL |
|---|---:|
| **Cash flows from operating activities** | |
|   Net Income | -173,987.44 |
|   Adjustments for non-cash income and expenses: | |
|     Accounts Payable (A/P) | 41,213.50 |
|     Accounts Receivable (A/R) | 475.53 |
|     David Dziuban Loans to PSG | 3,575.00 |
|     David Dziuban - Personal Loans to PSG | 300.00 |
|     Due to David Dziuban | 9,800.00 |
|     Payroll Liabilities:Child Support | -2,456.49 |
|     Payroll Liabilities:Federal Taxes (941/944) | 36,649.85 |
|     Payroll Liabilities:Federal Unemployment (940) | 853.00 |
|     Payroll Liabilities:Gurstel Law 1725490 | 52.85 |
|     Payroll Liabilities:MI Income Tax | 2,268.16 |
|     Payroll Liabilities:Room Rental | 1,400.00 |
|     Payroll Liabilities:WI Child Support | 3.00 |
|     Payroll Liabilities:WI DOR | 361.91 |
|     Payroll Liabilities:WI Income Tax | 5,130.78 |
|     Payroll Liabilities:WI SCTF | 0.00 |
|     Payroll Liabilities:WI SUI Employer | 6,146.84 |
|     Payroll Liabilities:WI Wage Levy | -577.87 |
|     Payroll Refunds | -1,931.41 |
|     Remodeling Costs:Hotel Remodel | -7,301.59 |
|     Repayment | 720.52 |
|     Repayment:Payroll advance | -400.00 |
|     Sales & Use Tax Payable | -15,354.55 |
|   **Total for Adjustments for non-cash income and expenses:** | **$80,929.03** |
| **Net cash from operating activities** | **-$93,058.41** |
| **Cash flows from investing activities** | |
|   Machinery & Equipment | 742.75 |
| **Net cash used in investing activities** | **$742.75** |
| **Cash flows from financing activities** | |
|   Owner's Pay & Personal Expenses | -133.00 |
| **Net cash used in financing activities** | **-$133.00** |
| **NET INCREASE (DECREASE) IN CASH AND CASH EQUIVALENTS** | **-$92,448.66** |
| **Cash and cash equivalents at beginning of year** | **$97,968.43** |
| **CASH AND CASH EQUIVALENTS AT END OF YEAR** | **$5,519.77** |

**SCHEDULE C**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

**Profit or Loss From Business**
(Sole Proprietorship)

Attach to Form 1040, 1040-SR, 1040-SS, 1040-NR, or 1041; partnerships must generally file Form 1065.
Go to *www.irs.gov/ScheduleC* for instructions and the latest information.

OMB No. 1545-0074

**2024**

Attachment Sequence No. **09**

Name of proprietor: David Dziuban

Social security number (SSN): ███████636

**A** Principal business or profession, including product or service (see instructions)
Midwest Skiing Company LLC

**B** Enter code from instructions: 7 2 1 1 0 0

**C** Business name. If no separate business name, leave blank.
Midwest Skiing Company LLC

**D** Employer ID number (EIN) (see instr.): 9 2 0 4 5 9 5 2 4

**E** Business address (including suite or room no.) 9106W Cty Road E
City, town or post office, state, and ZIP code  Upson, WI 54565

**F** Accounting method: (1) ☒ Cash  (2) ☐ Accrual  (3) ☐ Other (specify) _____

**G** Did you "materially participate" in the operation of this business during 2024? If "No," see instructions for limit on losses. ☒ Yes ☐ No

**H** If you started or acquired this business during 2024, check here . . . . . . . . . . . . . . ☐

**I** Did you make any payments in 2024 that would require you to file Form(s) 1099? See instructions . . . . . . . . ☐ Yes ☒ No

**J** If "Yes," did you or will you file required Form(s) 1099? . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

### Part I — Income

| | | | |
|---|---|---|---:|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked . . . . . . . ☐ | 1 | 1,101,532. |
| 2 | Returns and allowances . . . | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 1,101,532. |
| 4 | Cost of goods sold (from line 42) | 4 | 82,498. |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 1,019,034. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 | 7 | 1,019,034. |

### Part II — Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | | |
|---|---|---|---:|---|---|---|---:|
| 8 | Advertising | 8 | 43,115. | 18 | Office expense (see instructions) | 18 | 1,839. |
| 9 | Car and truck expenses (see instructions) | 9 | 29,503. | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | | a | Vehicles, machinery, and equipment | 20a | 6,262. |
| 12 | Depletion | 12 | | b | Other business property | 20b | 2,203. |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | 183,815. | 21 | Repairs and maintenance | 21 | 79,494. |
| | | | | 22 | Supplies (not included in Part III) | 22 | 76,967. |
| | | | | 23 | Taxes and licenses | 23 | 62,507. |
| | | | | 24 | Travel and meals: | | |
| 14 | Employee benefit programs (other than on line 19) | 14 | 749. | a | Travel | 24a | 1,251. |
| | | | | b | Deductible meals (see instructions) | 24b | |
| 15 | Insurance (other than health) | 15 | 107,580. | 25 | Utilities | 25 | 109,886. |
| 16 | Interest (see instructions): | | | 26 | Wages (less employment credits) | 26 | 320,598. |
| a | Mortgage (paid to banks, etc.) | 16a | 9,448. | 27a | Other expenses (from line 48) | 27a | 572,017. |
| b | Other | 16b | | b | Energy efficient commercial bldgs deduction (attach Form 7205) | 27b | |
| 17 | Legal and professional services | 17 | | | | | |
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27b . . . . . . | | | | | 28 | 1,607,234. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . . . | | | | | 29 | -588,200. |

30 Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions.
**Simplified method filers only:** Enter the total square footage of (a) your home: _____
and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 . . . . . . . . . . .  **30** _____

31 **Net profit or (loss).** Subtract line 30 from line 29.
• If a profit, enter on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions.) Estates and trusts, enter on **Form 1041, line 3.**
• If a loss, you **must** go to line 32.                **31**  -588,200.

32 If you have a loss, check the box that describes your investment in this activity. See instructions.
• If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on **Form 1041, line 3.**
• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited.

32a ☒ All investment is at risk.
32b ☐ Some investment is not at risk.

For Paperwork Reduction Act Notice, see the separate instructions.    BAA    REV 07/17/25 PRO    Schedule C (Form 1040) 2024

Schedule E (Form 1040) 2024      Attachment Sequence No. **13**      Page **2**

| Name(s) shown on return. Do not enter name and social security number if shown on other side. | Your social security number |
|---|---|
| David Dziuban | ███-5636 |

**Caution:** The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

### Part II — Income or Loss From Partnerships and S Corporations

**Note:** If you report a loss, receive a distribution, dispose of stock, or receive a loan repayment from an S corporation, you **must** check the box in column (e) on line 28 and attach the required basis computation. If you report a loss from an at-risk activity for which **any** amount is **not** at risk, you **must** check the box in column (f) on line 28 and attach **Form 6198**. See instructions.

**27** Are you reporting any loss not allowed in a prior year due to the at-risk or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? If you answered "Yes," see instructions before completing this section . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No

**28**

| | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if basis computation is required | (f) Check if any amount is not at risk |
|---|---|---|---|---|---|---|
| A | GlebeMountain Inc | S | ☐ | 92-1592978 | ☐ | ☐ |
| B | | | ☐ | | ☐ | ☐ |
| C | | | ☐ | | ☐ | ☐ |
| D | | | ☐ | | ☐ | ☐ |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed (attach **Form 8582** if required) | (h) Passive income from **Schedule K-1** | (i) Nonpassive loss allowed (see **Schedule K-1**) | (j) Section 179 expense deduction from **Form 4562** | (k) Nonpassive income from **Schedule K-1** |
| A | | 38,312. | | | |
| B | | | | | |
| C | | | | | |
| D | | | | | |
| 29a Totals | | 38,312. | | | |
| b Totals | | | | | |

| | | | |
|---|---|---|---|
| 30 | Add columns (h) and (k) of line 29a . . . . . . . . . . . . . . . . . . . . . . | 30 | 38,312. |
| 31 | Add columns (g), (i), and (j) of line 29b . . . . . . . . . . . . . . . . . . . . | 31 | ( ) |
| 32 | **Total partnership and S corporation income or (loss).** Combine lines 30 and 31 . . . . . | 32 | 38,312. |

### Part III — Income or Loss From Estates and Trusts

**33**

| | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach **Form 8582** if required) | (d) Passive income from **Schedule K-1** | (e) Deduction or loss from **Schedule K-1** | (f) Other income from **Schedule K-1** |
| A | | | | |
| B | | | | |
| 34a Totals | | | | |
| b Totals | | | | |

| | | | |
|---|---|---|---|
| 35 | Add columns (d) and (f) of line 34a . . . . . . . . . . . . . . . . . . . . . . | 35 | |
| 36 | Add columns (c) and (e) of line 34b . . . . . . . . . . . . . . . . . . . . . . | 36 | ( ) |
| 37 | **Total estate and trust income or (loss).** Combine lines 35 and 36 . . . . . . . . . . | 37 | |

### Part IV — Income or Loss From Real Estate Mortgage Investment Conduits (REMICs)—Residual Holder

**38**

| (a) Name | (b) Employer identification number | (c) Excess inclusion from **Schedules Q**, line 2c (see instructions) | (d) Taxable income (net loss) from **Schedules Q**, line 1b | (e) Income from **Schedules Q**, line 3b |
|---|---|---|---|---|
| | | | | |

| | | | |
|---|---|---|---|
| 39 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below . | 39 | |

### Part V — Summary

| | | | |
|---|---|---|---|
| 40 | Net farm rental income or (loss) from **Form 4835**. Also, complete line 42 below . . . . . . . | 40 | |
| 41 | **Total income or (loss).** Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Schedule 1 (Form 1040), line 5 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 41 | 38,312. |
| 42 | **Reconciliation of farming and fishing income.** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120-S), box 17, code AN; and Schedule K-1 (Form 1041), box 14, code F. See instructions . | 42 | |
| 43 | **Reconciliation for real estate professionals.** If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040, Form 1040-SR, or Form 1040-NR from all rental real estate activities in which you materially participated under the passive activity loss rules . . . . . . . . . . . . . . . | 43 | |

REV 07/17/25 PRO      Schedule E (Form 1040) 2024

Schedule C (Form 1040) 2024                                                                                                                Page **2**

### Part III  Cost of Goods Sold (see instructions)

33  Method(s) used to value closing inventory:   **a** ☒ Cost   **b** ☐ Lower of cost or market   **c** ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☒ No

| # | Description | | Amount |
|---|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 | 82,498. |
| 36 | Purchases less cost of items withdrawn for personal use | 36 | |
| 37 | Cost of labor. Do not include any amounts paid to yourself | 37 | |
| 38 | Materials and supplies | 38 | |
| 39 | Other costs | 39 | |
| 40 | Add lines 35 through 39 | 40 | 82,498. |
| 41 | Inventory at end of year | 41 | |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 | 42 | 82,498. |

### Part IV  Information on Your Vehicle. Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month/day/year)  _____

44  Of the total number of miles you drove your vehicle during 2024, enter the number of miles you used your vehicle for:

  **a** Business _____  **b** Commuting (see instructions) _____  **c** Other _____

45  Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

46  Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . ☐ Yes  ☐ No

47a  Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

  **b**  If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

### Part V  Other Expenses. List below business expenses not included on lines 8–26, line 27b, or line 30.

| Description | Amount |
|---|---|
| Professional Fees | 471,162. |
| Bank Fees | 24,519. |
| Computer | 9,655. |
| Contractors | 9,600. |
| Dues | 4,194. |
| Credit Card Fees | 7,655. |
| Snowmaking | 3,193. |
| Payroll Taxes | 41,827. |
| Uniforms | 212. |
| 48  **Total other expenses.** Enter here and on line 27a . . . . . . . . . . . . . . . . . . . . 48 | 572,017. |

REV 07/17/25 PRO                                                                                                          Schedule C (Form 1040) 2024