# United States Bankruptcy Court
## Western District of Wisconsin

In re  **Midwest Skiing Company, LLC**                                   Case No.
                         Debtor(s)                                       Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Midwest Skiing Company, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **November 19, 2025** | **/s/ Evan P. Schmit** |
| Date | **Evan P. Schmit** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Midwest Skiing Company, LLC** |
| | Kerkman & Dunn |
| | 839 N. Jefferson St., Ste. 400 |
| | Milwaukee, WI 53202-3744 |
| | 414-277-8200 Fax:414-277-0100 |
| | eschmit@kerkmandunn.com |