UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

IN RE:

| Midwest Skiing Company, LLC, | Chapter 11 |
| d/b/a Whitecap Mountains Resort | Case No. 25-12543 |

Debtor.

### NOTICE OF APPEARANCE AND REQUEST FOR COPIES
### OF ALL NOTICES AND PLEADINGS

PLEASE TAKE NOTICE, that Brighton Asset Management LLC, a creditor and party in interest in this proceeding, acting by and through its counsel, Cramer Multhauf LLP, appears in this case and requests under Rules 9010(b) and 2002(a) of the Rules of Bankruptcy Procedure that all papers, pleadings and notices required to be served in this case be served upon the undersigned counsel.

Dated this 20th day of November, 2025.

CRAMER MULTHAUF LLP
Attorneys for Brighton Asset Management LLC

BY: *Electronically signed by Beth M. Brockmeyer*
Beth M. Brockmeyer; SBN 1024880

Drafted by:
Attorney Beth M. Brockmeyer
Cramer Multhauf LLP
1601 E. Racine Avenue, Suite 200
P.O. Box 558
Waukesha, WI 53187-0558
Phone: (262) 542-4278
Fax: (262) 542-4270
bb@cmlawgroup.com